

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00446-CV

**JAY PARKER AND LINDSEY PARKER,**

                                       **Appellant**

 **v.**

**GLENN WEBER,**

                                       **Appellee**

### From the 74th District Court
### McLennan County, Texas
### Trial Court No. 2015-2039-3

## O R D E R

In a motion filed on March 15, 2017, appellants request that this Court order the trial court clerk to supplement the record pursuant to Rule 51 of the Texas Rules of Appellate Procedure and that we extend the time to file their brief until the supplemental clerk's record is filed. The motion is dismissed in part and granted in part.

Rule 51 of the Texas Rules of Appellate Procedure was amended in 1997 and now relates to the enforcement of judgments after the appellate court mandate issues. Rule 34.5(c) is the current rule that controls the procedure to supplement the clerk's record and

permits the party to simply request supplementation from the clerk without an order from the Court. TEX. R. APP. P. 34.5(c).

Nevertheless, rather than wait for an order from this Court, the trial court clerk obviously construed the motion, as we would have hoped, under the new rule as a request to supplement the clerk's record. The supplemental clerk's record containing the requested documents was filed on March 16, 2017. Accordingly, appellants' motion to supplement the clerk's record is dismissed as moot.

Appellants' motion to extend the time to file their brief is granted. Appellants' brief is due 30 days after the date the supplemental clerk's record was filed with this Court.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion dismissed in part and granted in part
Order issued and filed March 22, 2017

